UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

THOMAS HUMPHRIES                          CIVIL ACTION NO. 09-cv-1861

VERSUS                                    JUDGE WALTER

WARDEN, LOUISIANA STATE                   MAGISTRATE JUDGE HORNSBY
PENITENTIARY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus is **denied** and **dismissed with prejudice**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19 day of March, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE